MARY ANN HALL, Appellant, *v.* JAMES ALBRO et al., Respondents.

(Argued May 19, 1873; decided September 30, 1873.)

Agree to affirm. No opinion.
Judgment affirmed.